# BONCHONSKY & ZAINO, LLP

ATTORNEYS AT LAW
226 SEVENTH STREET
GARDEN CITY, N.Y. 11530-5728

**MEMO ENDORSED**

PETER R. BONCHONSKY
STEPHEN E. ZAINO*

LEONARD P. MARINELLO
ELLEN W. GROARKE
CHRISTOPHER J. VERBY
JOHN J. CARACCIOLO

*ALSO ADMITTED IN FLORIDA

516-747-1400
FAX 516-747-1455
WRITER'S E-MAIL:
PBONCHONSKY@BZLAWNY.COM

OF COUNSEL
LARRY J. BONCHONSKY
ROBERT L. DOUGHERTY

February 16, 2011

Electronically filed and
by Federal Express

Hon. Kenneth M. Karas
U.S. District Court, Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Re: Dario Emans v. Chase Home Finance, LLC
Case #: 10 CIV 08446

Dear Judge Karas:

We represent defendant Chase Home Finance, LLC in the above action.

We write pursuant to this court's memo endorsement of January 28, 2011 which stated that defendant may prepare a briefing schedule by February 16, 2011 with respect to defendant's proposed motion for a more definite statement and/or to dismiss.

We propose that our motion papers be served by April 15, 2011; opposition papers to be served by May 16, 2011; and reply papers by May 31, 2011.

Respectfully submitted,

Peter R. Bonchonsky

PRB:df

cc: Dario Emans (by e-mail and regular mail)

So Ordered

KMK
2/17/11